CAUSE# 2012-CR-1981-W-2 82,275-03

Michael Omar Lopez
   "Relator"                    IN THE 290th Judicial,
#1822698                       District <del>RECEIVED IN</del> OF,
T.D.C.J-ID#                    Bexar <del>Court of Criminal Appeals</del>

           VS.
SEP 18 2015

DONNA KAY McKinney, County district <del>Abel Acosta, Clerk</del> N,
Her Official Capacity.
   "Respondent"

(A.) Plaintiff's Original Application,
for Writ of MANDAMUS:

To THE Honorable Judge of Said Court:

COMES NOW, Michael OMAR LOPEZ, relator, Pro SE in The, Above-Styled and Numbered cause of ACTion AND, Files THis Original APPlicaTion For WriT of, - - - MANDAMUS-(pursuant To;) ARTicle- 4.04. SECTion (I.) OF THE TexAS code of CriminAL procedure - AND, Would show THE CourT THE FoLLowing:

(B.) RelaTor:

This document contains some pages that are of poor quality at the time of imaging.

1.01-michael Omar LOPEZ, T.D.C.J#1822698, IS AN,- OFFender incarcerated iN THE TexAS DepartmenT,- OF Criminal JusTice ANd is APPearing PRO SE, Who CAN be LocATed AT THE- FERGuSON UNiT,- 12120 SAVAge DR.- MidwAY, TX. 75852

(1.02) Relator has Exhausted his remedies and has no other Adequate remedy at law.

(1.03) The Act Sought to be Compelled is Ministerial, not discretionary in Nature: T.C.C.P-ART. 11.07, Section 3(c) requires Respondent to Immediately Transmit To The Court of Criminal Appeals, A copy of, The Application For Writ of habeas Corpus 11.07, Any Answers Filed, And A Certificate reciting The date Upon, Which That Finding was made, if The Convicting Court, decides That There are No Issues To be resolved; No Copys of The Application For Writ of habeas Corpus 11.07, Any Answers Filed, And A Certificate reciting The date, Upon which That Finding was made - have been Trans, mitted To The Court of Criminal Appeals; Had Such, documents been Transmitted To The Court of Criminal, Appeals by Respondent As required by STATUTE, Relator, Would have received Notice from The Court of Criminal, Appeals.

(c.) Respondent:

2.01 - Respondent, Donna Kay McKinney in her OFFICIAL, Capacity As District Clerk of Bexar County, Texas — has a Ministerial duty To receive And File All Papers, in A Criminal proceeding, And Perform All Other, — duties Imposed on The Clerk by Law Pursuant To, — T.C.C.P. ART. 2.21; And is responsible under T.C.C.P., 11.07 - Section 3(c) To Immediately Transmit To The, Court of Criminal Appeals - A copy of The Application, For Writ of habeas Corpus 11.07, Any Answers Filed, And A Certificate reciting The date Upon Which That Finding, Was made, [if The Convicting Court decides That There Are, No Issues To be resolved.] Donna Kay McKinney - District Clerk, Bexar County - MAY be Served AT her Place of busines AT, — 101 W. Nueva, STE. 217 - San Antonio, TX. 78205

**(D.) Violation OF ART. 11.07 SECTION 3 (d.) OF, The Texas Code OF Criminal Procedure:**

**3.01**- THe ResPondenT has violated ARTicle 11.07, SECTion 3 (d) OF The TeXAS Code oF Criminal Procedure, By FAiLing To Provide a copy oF THe, APPLicATion FoR WriT oF HAbeas CoRPus 11.07, ANY - ANSWers and MoTions Filed, And a CerTiFicATe, - reciTing The dATe uPon Which ThAT Finding WAS, - mAde To The CouRT oF CriminAL APPeALS wiThiN THe, Time Prescribed by LAW AND WiThiN A reasonAble, Time From The dATe oN Which The documenTs Were, requested To be TransmiTTED.

**3.02**- RequesT For TransmiTTAL oF THE APPLicATion FoR, WriT oF HAbeas CoRPus 11.07, ANY ANSWers and MoTions, - Filed, AND A CerTiFicATe reciTing The date uPon Which, - ThaT Finding WAS MAde,- Were mAde by relaTor To, - DONNA KAY McKinney, disTricT Clerk oF BeXar CouNTy, Texas; By U.S. POSTAL Service: LeTTer's MAiLed ouT, Aug. 7, 2015 - AND - Aug. 21, 2015 - ( PURSUANT To) RULE 15. 1. **(C,)** OF The Code oF Criminal Procedure: TruE AND AccurATe, CoPies oF The Above LeTTer's Are ATTAched hereTo AS, EXhibiTS "A" Through "C" And Are incorPorated by reference, herein for ALL PurPoses:

**3.03**- *TO dATE,* - relaTor has received No resPonse From, ResPondenT regarding relaTor's request for TransmiTTAL, OF A CoPy oF The APPLicATion for WriT oF HAbeas CorPus 11.07, ANY ANSWers And MoTions Filed, And a CerTiFicATe reciTing The, dATe uPon Which ThAT Finding WAS MAde To The CouRT OF, - CriminAL APPEALS.

3.04—AS is Clear From Relator's Letters; Relator has, repeatedly put respondent on Notice, That relator seek's The Transmittal OF A Copy OF The APPLICATION FOR WriT OF, habeas Corpus 11.07, Any Answers Filed, And A Certificate reciting, The date upon which That Finding WAS MADE To The Court, OF Criminal APPEALS, AND THAT Such records Are required, by The Court OF Criminal APPeals To ACT on relator's, WriT OF habeas Corpus 11.07:—Relator has gone Well beyond, Any requirement-OR-Obligations imposed upon him by, The Texas Code OF Criminal Procedure:—IN CONTRAST To, relator's efforts, Respondent has Wholly FAiled To, Comply with The Texas code OF Criminal procedure, ART. 11.07, SECTiON 3(d), is ACTing in Bad Faith, And has ALSO Failed, To AFFord relator The ProFessional And Common Courtesy, OF ANY written responses To his Correspondence And request.

3.05—ARTicle 11.07 SEC. 3(c) Clearly STATes ThAT "IF" The, CONVicTing Court decides ThAT There Are No Such Issues, The Clerk Shall Immediately Transmit, Pursuant To, ARTicle 11.07-Section 3(c) To The Court OF Criminal APPEALS, A Copy OF The APPLication FOR WriT OF habeas Corpus 11.07, ANY, Answers Filed, And A Certificate reciting The date upon which, That Finding WAS made, Failure OF The Court To ACT within The, Allowed 20 days Shall Constitute Such A Finding:

Respondent is in Violation oF This Procedure, Texas Code, OF Criminal Procedure, ART. 11.07 SEC. 3(d.), Ministerial, duties, "And Thus", The LAW oF This STate.

## (D.) Prayer For ReLief.

Wherefore, Premises Considered; RELATor, Michael Omar Lopez, Pro Se, respectfully requests a finding that the Respondent did NOT transmit documents to the Court of Criminal Appeals Within A reasonable time After the date they were requested And that relator Brought This Litigation in good-Faith and has SubsTantially prevailed; Relator-Pray's For AN ORDER directing Respondent-To Transmit A Copy of The Application FOR-Writ of habeas Corpus 11.07; Any Answers AND-motions Filed; AND A CerTificate reciting The-date upon which That Finding WAS Made, To-The Court of Criminal Appeals As directed-in Article 11.07-Section 3(d.) of The Texas-Code AND Rules of Criminal Procedure, AND As requested in Relator's LETTER's (Exhibits-"A Through "C".)

RESPectfully, Sub.

BY: Michael Omar Lopez
RElaTor.

The STATE OF TEXAS,
COUNTY OF BEXAR

(E.)                    AFFidaviT

I Swear under OaTh ThaT The facTs AND,
ALLEgaTions iN The Above APPLicaTion FOR —
WriT of MANDAMUS, ARe True AND,
CorrecT.

*Michael Omar Lopez*
RELATor

(F.)

CERTiFicaTe OF SERvice.

I hereby CerTify ThaT A True CoPy OF, —
The Above APPLicaTioN FOR WriT OF, —
MANDAMUS, WAS SERved ON Sept.10,2015
by PLacing A coPy iN The U.S. MAiL, Addressed
TO: COURT OF CriminAL APPEALS,
P.O. BOX 12308, CAPiToL STATion, AusTin, TX. 78711
ON This The 10Th day OF SepT. 2015

*Michael Omar Lopez*
RELATor

# Cause No.# 12-CR-1981-W-2

#1822698
T.D.C.J-ID
Michael Omar Lopez,
Relator:

IN The 290th Judicial
District Court of
Bexar County, Texas

## VS.

DONNA Kay McKinney, County District Clerk:
IN her Official Capacity,
RESPONDENT:

# Order

ON This day, Came on To be heard The Foregoing, Relator's Application For Writ of Mandamus, AND iT Appears To The Court That The Same Should be:

# Granted:

iT is Therefore Ordered That The District, Clerk Shall Immediately Transmit To The, Court of Criminal Appeals A Copy of The, — Application For Writ of habeas Corpus 11.07, Any Answers Filed, And A Certificate reciting — The date Upon Which That Transmittal Was Made.

Signed ON This The _____ day of _____, 20____

PRESiding Judge

Michael Omar Lopez
Relator:
T.D.C.J.#1822698

CAUSE# 12-CR-1981-W-2
8-7-15
DATED

IN The 290th Judicial
District Court of
Bexar County Texas

-V-

Respondent: In her Capacity;
As district Clerk,
Donna Kay McKinney

Request For TRANSMITAL OF APPlication OF Writ of —
habeas Corpus 11.07 And All other documents; Motions; Material

To DONNA Kay McKinney; district Clerk;

I AM writing To request That your Office Immediately
TRANSMiT To the Court OF Criminal Appeals, The Applicatio
OF Writ Of habeas Corpus 11.07; Any Answers And Motions Filed;
The Court reporter's Transcript; The documentary exhibits
Introduced Into evidence; And The Findings of Fact
And Conclusions oF Law entered by The Court;
The Sealed Materials Such As A ConfidenTial
request for Investigative Expenses;

( CONT. Next Pg ) page 1 & 2

AND ANY other MATTers used by the CoNVicTing CourT in resolving issue OF FACT; The APPlicANT is proceeding ProSE; To the APPlicANT, A copy oF orders eNTered by The CoNVicTing CourT; ProPosed Findings oF FACT And ConClusions oF LAW; and Findings oF FACT And Conclusions oF LAW entered by The CourT; The Clerk OF The CoNVicTing CourT shall forward An EXhibiT THAT is NoT documenTAry To The CourT oF CriminAL APPeAls oN request OF the CourT; your response To This maTTer would help oN NoT Filing A wriT oF MANdAMUS. THANK you

Respectfully,
michael omar Lopez
# 1822698
8-7-15
DATED

MY COPY

EXHIBIT (A.)

IN REF. CAUSE #12-CR-1981-W-2

DATE: 8-21-15

DEAR district clerk of Bexar County;

"Greetings," Donna Kay McKinney,

My name is Michael Omar Lopez, T.D.C.J #1822698

I am writing your office to request that all — Documents be forward immediately to; (1.) The Court of Criminal Appeals; (A.) The Application for writ of habeas Corpus 11.07; (B.) The answers and Motions Filed; (C.) The Court reporter's Transcript;

(D.) The documentary Exhibits Introduced Into Evidence; (F.) The Finding's of Fact and Conclusions of law entered by the Court; (G.) The Sealed Materials such as a Confidential Request for Investigative Expenses; and (H.) any other, Matters used by the Convicting Court in, Resolving Issue of Fact;

These are Rules in the Texas Criminal procedure, Code & Rules - Pg. 52 - habeas Corpus art. 11.071 hearing Section) Note 9. (A-Thru-F) & (1) (A-Thru-H)

(2) (A-Thru-G)

( CONT. NEXT Page )

That The district Clerk Shall Immediately, transmit to The Court of Criminal Appeals;

1.) The Application of Writ of habeas Corpus 11.07

2.) Any Answers And Motions Filed;

3.) The Court reporter's Transcript

4.) The documentary Exhibits Introduced Into Evidence

5.) The Findings of Fact And Conclusions of Law entered, by The Court:

(6.) The Sealed Materials Such As A Confidential, request For Investigative Expenses:

(7.) And Any other Matters used by The Convicting Court In resolving Issue of Fact:

Your Prompt Attention Would be grately Appreciated, And Would Also prevent The Filing of An Original Application of Writ of Mandamus. Thank you Kindly.

Respectfully Submitted,
Michael O. Lopez
#1822698

Date: 8-21-15

my Copies

Exhibit (B.)

CAUSE # 12-CR-1981-W-2

MARCh 24, 2015

Dear Donna Kay McKinney, District clerk of the 290th Judicial District Court; ON Jan. 12, 2015, Honorable, Judge Melisa Skinner, of the 290th Judicial District, Court: issued Court Order's designating issues of facts, that needed to be resolved; Attorney - Larry E. Greenwood, was Ordered by the Courts Honorable Judge, Melisa Skinner, to submit an affidavit addressing the Claim's for resolution, said affidavit was to be submitted to the 290th District, Court on - or - before Feb. 18, 2015. attorney Larry E. Greenwood, was also to forward a copy of the affidavit to applicant, Michael Omar Lopez # 1822698, to his assigned unit: as of — March 24, 2015, - I michael Omar Lopez # 1822698 - has not, — received any copy's of the affidavit that were Court Ordered; Or has not gotten his response about the status or execution of his writ of habeas corpus/11.07, and all other documents that are to be transfered to the Court of Criminal Appeal's. Could you please write me back and inform me if said documents have been, forwarded to the Court of Criminal appeals already. thank you for your time.

respectfully yours,
michael Omar Lopez
# 1822698

My Copy

Exhibit (C.)

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Can you put the dates of my out going legal mail to the District Clerk. Donna Kay McKinney.

MARCH 24, 2015 And 8-7-15 And 8-21-15 mailed out to

101 W. Nueva STE. 215  San Antonio 78205

Name: Michael (Mel) Lopez                    No: 1822698          Unit: Ferguson

Living Quarters: K3-19 T                    Work Assignment: Utility Clean CREW 6AM/1400

**DISPOSITION:** (Inmate will not write in this space)

Mail Went out on 8-7-15 + 8-21-15 to
District Clerk/Donna McKinney
Also on 3-24-15 to the District Clerk

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Law Library_
(Name and title of official)

DATE: _9-11-15_

ADDRESS: _Ferguson_